**ALANNA D. COOPERSMITH**, SBN 248447
717 Washington Street
Oakland, CA 94607
Telephone: (510) 628-0596
Fax: (866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
KARL FREDRIK DAVIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-CR-132 EMC |
| Plaintiff, | |
| vs. | **INTERIM STATUS REPORT** |
| KARL FREDRIK DAVIDSON, | |
| Defendant. | |

Undersigned counsel was appointed by Order of July 2, 2020 "solely for the limited purpose of providing a status update including assessing his eligibility for compassionate release under the First Step Act." (Order, ECF No. 42.) Counsel submits this interim status report.

I need additional time to assess the viability of a motion for compassionate release. More specifically, I need to have a telephone call with Mr. Davidson. On July 14, 2020, my June 30 and July 14 requests to Lompoc Prison for a legal telephone call were responded to, and I was informed that I will be afforded a short telephone call at a date to be determined.

After I have spoken with my client, I will be in a position to evaluate a motion for compassionate release. At that time, I will file a status report and, if appropriate, an accompanying motion for leave to file *ex parte* and under seal.

CR 15-00132 EMC  Interim Status Report

-1-

-2-

Dated: July 17, 2020

Respectfully Submitted,

/s/ Alanna Coopersmith

Alanna D. Coopersmith
Attorney for Defendant,
Karl Fredrik Davidson

CR 15-00132 EMC  Interim Status Report