**ALANNA D. COOPERSMITH**, SBN 248447
717 Washington Street
Oakland, CA 94607
Telephone: (510) 628-0596
Fax: (866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
KARL FREDRIK DAVIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KARL FREDRIK DAVIDSON,<br><br>  Defendant. | Case No. CR 15-CR-132 EMC<br><br>**RENEWED MOTION FOR COMPASSIONATE RELEASE**<br><br>Honorable Edward M. Chen |

By order of October 2, 2020, the court denied Karl Davidson's motion for compassionate release without prejudice on the basis that he had failed to exhaust his administrative remedies.  On October 7, 2020, Mr. Davidson submitted a new request for compassionate release to the Warden, discussing his comorbid medical conditions as placing him at heightened risk for COVID-19, as well as the health condition of his mother.  On October 26, 2020, the Warden of Lompoc FCI denied that request for compassionate release as well.

As more than thirty days have elapsed since the receipt of the compassionate release request by the Warden, pursuant to 18 U.S.C. § 3582(c)(1)(A), defendant Karl Davidson may – and he herby does – renew his motion for compassionate release.

This renewed motion for compassionate release is based upon this notice of motion, and the contents of the motion for compassionate release filed on August 31, 2020 (ECF No.

CR 15-00132 EMC  Interim Status Report

-1-

47); the declaration of Alanna Coopersmith (ECF No. 48); Karl Davidson's medical records filed under seal (ECF No. 51); the memorandum in opposition of the government (ECN No. 52) and declaration in support thereof filed on September 18, 2020 (ECF No. 52-1); and reply in support of compassionate release filed on October 1, 2020 (ECF No. 53).

In addition, the motion is based upon the accompanying Supplemental Declaration of Counsel.  Attached as <u>Exhibit A</u> to the Supplemental Declaration of Counsel is Mr. Davidson's October 7 administrative request for compassionate release and attached as <u>Exhibit B</u> is the October 26 denial letter.  As a testament to Mr. Davidson's low risk to the community, attached as <u>Exhibit C</u> is a document showing Mr. Davidson's clean disciplinary record, and attached as <u>Exhibit D</u> is a report from the Bureau of Prisons finding Mr. Davidson to be at minimum risk of reoffending.  Also as set forth in the supplemental declaration, counsel has verified Mr. Davidson's mother's medical diagnoses and confirmed that the house in Martinez she owns is available for Mr. Davidson to live in.

Dated: November 30, 2020                                                  Respectfully Submitted,

_____
Alanna D. Coopersmith
Attorney for Defendant,
Karl Fredrik Davidson

CR 15-00132 EMC  Interim Status Report