1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7320
7     Fax: (415) 436-7234
      joseph.tartakovsky@usdoj.gov
8
   Attorneys for United States of America

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 3:15-CR-00132-EMC
   |                                     )
14 |        Plaintiff,                   ) **STIPULATION TO CONTINUE STATUS**
   |                                     ) **CONFERENCE ON FORM 12 ALLEGATIONS**
15 |     v.                              )
   |                                     )
16 | KARL FREDERIK DAVIDSON,             )
   |                                     )
17 |        Defendant.                   )
   |                                     )
18

19        A status conference is set in this matter on March 9, 2022, at 1 p.m., on Form 12 allegations.

20 The parties jointly request that this status conference be continued to March 23, 2022, at 1 p.m. or 2:30

21 p.m. (or the next available date for the Court).  This continuance is sought to allow the parties to

22 continue to ascertain the underlying facts concerning the Form 12 allegations.  A detention hearing was

23 held on February 25, 2022, at which time the defendant was ordered detained.

24        The undersigned represents that he obtained consent from opposing counsel to file this stipulation.

25        IT IS SO STIPULATED.

26 DATED:  March 8, 2022                      /s/
                                              JOSEPH TARTAKOVSKY
27                                            Assistant United States Attorney

28

DATED: March 8, 2022                          /s/
STIPULATION TO CONTINUE STATUS CONFERENCE ON FORM 12 ALLEGATIONS
3:15-CR-00132-EMC

|   |   |
|---|---|
| | ALANNA D. COOPERSMITH<br>Counsel for Defendant KARL FREDERIK DAVIDSON |

IT IS SO ORDERED.

DATED: March 9, 2022

THE HONORABLE EDWARD M. CHEN
United States District Judge