ALANNA D. COOPERSMITH, SBN 248447
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Karl Davidson

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | NO. 15-CR-00132 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING SCHEDULING OF FORM 12 PROCEEDINGS** |
| vs. | |
| KARL FREDRIK DAVIDSON, | |
| Defendant. | |

Defendant, Karl Davidson, by and through his counsel, Alanna Coopersmith, and the Government, by and through Assistant United States Attorney, Joseph Tartakovsky, stipulate and agree as follows:

A status hearing to address the pending amended Form 12 petition is scheduled for August 4, 2022.

Mr. Davidson is in custody.

In view of the parties' respective investigations and discussions among counsel, the parties expect to be able to proceed with a disposition hearing at the August 4, 2022 court date.

The parties propose that the August 4, 2022 status hearing be converted to a consolidated admission and disposition hearing, with dispositional memoranda to be filed by July 28, 2022.

In the alternative, the parties propose that the August 4, 2022 status hearing be converted to an admissions hearing, with a disposition hearing date scheduled expeditiously thereafter.

IT IS SO STIPULATED.

DATED: 7/6/2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Joseph Tartakovsky*
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DATED: 7/6/2022

 */s/ Alanna Coopersmith*
ALANNA COOPERSMITH
Attorney for Defendant,
Karl Davidson

## [PROPOSED] ORDER

Upon consideration of the foregoing, it is hereby ORDERED that the status hearing currently scheduled for August 4, 2022 be converted to a consolidated admission and disposition hearing, with any written admissions agreement and dispositional memoranda to be filed by July 28, 2022.

**IT IS SO ORDERED.**

DATED: July 7, 2022

HON. EDWARD M. CHEN
United States District Court Judge